**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JA'COREY ANDERSON** | § | |
| **(Limestone County #60387177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-097-ADA** |
| | § | |
| **REBEKAH RICKETTS, et al.** | § | |

## DEFICIENCY ORDER

Before the Court is Plaintiff's civil rights complaint. Plaintiff moves for leave to proceed in forma pauperis. Plaintiff's motion is deficient in that he failed to provide the Court with a certified six-month history of his inmate trust fund account.

It is therefore **ORDERED** that the application to proceed in forma pauperis (#2) is **DISMISSED WITHOUT PREJUDICE** to filing a properly supported and signed application.

It is further **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, within thirty (30) days of the filing of this Order, must submit either the filing fee of $402.00 or a completed application to proceed *in forma pauperis* including a certified six-month history of his inmate trust fund account.[1]

**SIGNED** on January 27, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted from her inmate trust fund account in installments until the full filing fee is paid.