**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JA'COREY ANDERSON** | § | |
| **(Limestone County #60387177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-097-ADA** |
| | § | |
| **REBEKAH RICKETTS, et al.** | § | |

## ORDER

Before the Court is Plaintiff's Complaint asserting Defendants have violated his constitutional rights. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before February 28, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1

1.    In your complaint, you have named Rebekah Ricketts as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

2.    Why do you believe Rebekah Ricketts  not protected by prosecutorial immunity? Prosecutors are absolutely immune from liability under the federal civil rights statutes with regard to actions taken by them within the course and scope of representing the governmental agencies and subdivisions in judicial proceedings, i.e, when acting as advocates of the state. *Imbler v. Pachtman*, 424 U.S. 409, 430-31 & n.33 (1976); *Mowbray v. Cameron County*, 274 F.3d 269, 276 (5th Cir. 2001). Under the doctrine of prosecutorial immunity, a prosecutor is absolutely immune in a civil rights lawsuit for any action taken in connection with a judicial proceeding. *Buckley v. Fitzsimmons*, 509 U.S. 259, 269-73 (1993); *Burns v. Reed*, 500 U.S. 478, 487-92 (1991).

3.      In your complaint, you have named James Cutbirth as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

5

4. In your complaint, you have named Rebecca Rutherford as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

5.  Why do you believe Defendant Rutherford is not protected by judicial immunity? It is well settled law that a judge enjoys absolute immunity from liability for damages for judicial acts performed within his jurisdiction. *Hale v. Harney*, 786 F.2d 688, 690 (5th Cir. 1986).

6.    In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

7.     Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

8.     If your answer to question 7 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

9.      Please state whether you are currently awaiting trial on any criminal charges.

10.     If your answer to question 9 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s).  Please be specific.

11.     Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

12.     If your answer to question 11 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

13.   You appear to be complaining that you were denied access to the courts. If so, answer the following questions:

    a.  Explain how you were denied access to courts.

b. What cases were you working on when you were denied access to the courts?  What type of proceeding(s) were you seeking to file?

c. What were the cause numbers, and in which courts, state or federal, were the cases pending or to be filed?

d. For each case, who were the parties and what were the basic claims?

e. In which of those cases, if any, were you represented by counsel?

f. Were you substantially delayed in obtaining judicial review of your claims as a result of the denial of access to the courts?  If so, state with respect to each case how you were delayed, what was the cause of the delay, and what specific harm resulted from the delay. Also, what is the status of those cases now?

g. Did you lose the right to commence, prosecute, or appeal any suit as a result of the denial of access to the courts?  If so, state with respect to each case how you were prevented from commencing, prosecuting, or appealing.  What is the status of those cases now?

h. To the extent not already mentioned, how were you harmed by the denial of access to courts?

14.    Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _____ day of _____, 2022.

_____
Signature of Plaintiff

**SIGNED** on January 27, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE