**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JA'COREY ANDERSON** | § | |
| **(Limestone County #60387177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-097-ADA** |
| | § | |
| **REBEKAH RICKETTS, et al.** | § | |

## ORDER

On January 27, 2022, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until February 28, 2022, to comply with both of the Court's orders. To date, Plaintiff has failed to respond to either order.

It is **ORDERED** that Plaintiff shall show cause on or before **April 6, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on March 7, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE