**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JA'COREY ANDERSON** | § | |
| **(Limestone County #60387177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-097-ADA** |
| | § | |
| **REBEKAH RICKETTS, et al.** | § | |

## ORDER OF DISMISSAL

On January 27, 2022, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until February 28, 2022, to comply with both of the Court's orders. Plaintiff failed to respond to either order. On March 7, 2022, the Court ordered Plaintiff to show cause by April 6, 2022, why his case should not be dismissed for want of prosecution. To date Plaintiff has failed to respond to the Court's orders.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on April 13, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE